IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL EDWARD MYERS                                              PLAINTIFF

v.                          Civil No. 09-2072

HARDEES FOOD CHAIN                                            DEFENDANT

<u>O R D E R</u>

Now on this 21st day of January, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #5, filed December 10, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation this case is hereby dismissed.

**IT IS SO ORDERED.**

<u>/s/Jimm Larry Hendren</u>
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE